(77 South. 1004)

NEESE v. STATE. (4 Div. 545.) (Court of Appeals of Alabama. Feb. 12, 1918.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. Fate Neese was convicted of manslaughter, and he appeals. Affirmed. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

BRICKEN, J. The defendant was indicted for murder in the second degree, and was tried and convicted of manslaughter in the first degree, from which judgment of conviction this appeal is taken. There is no bill of exceptions, and the time for filing same has expired. The appeal is upon the record proper, from which it appears that the proceedings in the court below were regular and free from error. The judgment of conviction is therefore affirmed. Affirmed.

(77 South. 1004)

NICKLES et al. v. CARWILE et al. (7 Div. 445.) (Court of Appeals of Alabama. Nov. 13, 1917.) Appeal from Clay County Court; E. J. Garrison, Judge. Action by R. G. Nickles and others against H. J. Carwile and another. Judgment for defendants, and plaintiffs appeal. Corrected and affirmed. Riddle & Riddle, of Talladega, and Pruet & Hardegree, of Ashland, for appellants. W. M. Lackey, of Ashland, for appellees.

BROWN, P. J. This case has been considered by this court in banc before preparation of this opinion, and the opinion then prevailed that the only question presented was one of fact, and, after careful consideration of the evidence, that the buggy, the value of which is ascertained to be $25, the piano, valued at $200, and the automobile, valued at $250, are the property of the defendant H. J. Carwile, and subject to the plaintiff's attachment; that the other property is the property of the claimant A. B. Carwile, and not subject to the defendant's attachment. The judgment appealed from is therefore accordingly corrected, and, as corrected, is affirmed. One-half of the costs in this court and the trial court are taxed against appellant, and the other against appellee A. B. Carwile. Corrected and affirmed.

(77 South. 1004)

PACKOS v. CITY OF BIRMINGHAM. (6 Div. 334.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1004)

QUICK v. STATE. (5 Div. 271.) (Court of Appeals of Alabama. Nov. 22, 1917.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1004)

REDMAN v. STATE. (4 Div. 536.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Barbour County;

J. S. Williams, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed on motion of Attorney General.

(77 South. 1004)

RICH v. STATE. (7 Div. 478.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Shelby County Court; E. S. Lyman, Judge. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed on motion of Attorney General.

(77 South. 1004)

RICHARDSON v. STATE. (6 Div. 381.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. Ella Richardson was convicted of violating the prohibition law, and she appeals. Affirmed. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and we find no error in the record. The judgment of the lower court is affirmed. Affirmed.

(77 South. 1004)

ROBERTSON v. STATE. (1 Div. 251.) (Court of Appeals of Alabama. Nov. 22, 1917.) Appeal from City Court of Mobile; O. J. Semmes, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1004)

SCHROEDER v. CITY OF MOBILE. (1 Div. 269.) (Court of Appeals of Alabama. Nov. 15, 1917.) Appeal from Circuit Court, Mobile County; Claud Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1004)

SELLORS v. STATE. (6 Div. 363.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1005)

SHACKELFORD et al. v. BOSHELL. (6 Div. 411.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. J. H. Bankhead, Jr., of Jasper, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

SIDES v. STATE. (3 Div. 282.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Autauga County; Leon McCord, Judge. W. L. Martin, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed on motion of Attorney General.

(77 South. 1005)

SLOSS-SHEFFIELD STEEL & IRON CO. v. BRIDGE. (6 Div. 446.) (Court of Appeals of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed.

(77 South. 1005)

SLOSS-SHEFFIELD STEEL & IRON CO. v. WILLIAMS. (6 Div. 439.) (Court of Appeals of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed by agreement.